IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | )   CRIMINAL NO. 3:15mj |
| v. | ) |
| RICKY D. THOMAS, | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, RICKY D. THOMAS, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

(Misdemeanor – Citation No. 4006352)

On or about February 5, 2015, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant, RICKY D. THOMAS, was found operating a motor vehicle on the highways of Virginia, after his license and privilege to operate a motor vehicle had been suspended.

# United States District Court Violation Notice

Location Code: **VA-12E**

Violation Number: **4006352**
Officer Name (Print): **Davis David**
Officer No.: **D9844**

4006352

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **02/05/2015 0807**
Offense Charged: ☒ State Code **VSC 46.2-301**

Place of Offense: **Temple Gate (Inbound)**

Offense Description; Factual Basis for Charge:
**Driving on Suspended w/ Notification Civ (Failure to Pay Fines) ROP Graduation**

HAZMAT ☐

## DEFENDANT INFORMATION

Phone: **(301) 535-1145**
Last Name: **Thomas**
First Name: **Ricky**
M.I.: **D**
Street Address: **902 Palmer Rd**
City: **Fort Washington**
State: **MD**
Zip Code: **20744**
Date of Birth: (blank)
Drivers License No.: (blank)
CDL: ☐
D.L. State: **MD**
Social Security No.: (blank)

☒ Adult  ☐ Juvenile
Sex: ☒ Male  ☐ Female
Hair: **BLK**
Eyes: **BRN**
Height: **6'3"**
Weight: **200**

VEHICLE VIN: **1N4AL2APXBC146500**
CMV ☐
Tag No.: **6BK7733**
State: **MD**
Year: **11**
Make/Model: **Nissan Altima**
PASS ☐
Color: **BLK**

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

**02/20/2015 0900**

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

## YOUR COURT DATE

Court Address:
**U.S. DISTRICT COURT
701 E. BROAD ST.
RICHMOND, VA 23219**

Date: **02/20/2015**
Time: **0900**

X Defendant Signature: /signed/

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **February 5**, 20**15** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

On 20150205, I was dispatched to Temple AVE gate for a driver trying to gain access on to base with a suspended driver's license. Upon arrival I met with DASG Spokas who stated that the driver had switched seats with the passenger. I identified the driver of the black in color Nissan Altima as Thomas, Ricky D. by his Maryland identification card (T520738149528) a VCIN Check of his id revealed he was suspended with notification. I issued Mr. Thomas a violation notice (4006352) for him to appear before court on 20150220 at 0900. I released the vehicle to the operator in the driver seat Hammon, Tiffany. I was operating patrol vehicle X-97.

* 100% ID Check was Conducted at PC
* MR Thomas was operating a black 2011 Nissan Altima Observed by Temple Gate Guard (Spokas)
* MR Thomas Provided a Maryland ID Card
* VCIN Revealed Mr Thomas's Virginia Driving Privileges where Suspended w/ Notification

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☒ Information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and or the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **02052015**
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

U.S. v. RICKY D. THOMAS

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-301.)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Emily K. Moy
Special Assistant United States Attorney